# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00210-CR

**Jose Morales, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-DC-17-300766, THE HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due August 23, 2019. On counsel's motions, the time for filing was extended to November 21, 2019. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than January 6, 2020. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on November 27, 2019.

Before Justices Goodwin, Baker, and Kelly

Do Not Publish